# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-128** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **CHARLIE RIVERA,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 9th day of November, 2018, upon consideration of the motion (Doc. 98) for leave to file a second motion for reconsideration and for an independent action under Federal Rule of Civil Procedure 60(d)(1) filed by defendant Charlie Rivera, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania